**Order entered November 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-09-01068-CV

**DONALD CARDWELL, ET AL., Appellants**

**V.**

**BILL GURLEY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-03299**

## ORDER

Before the Court is appellee's November 17, 2017 motion for extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on November 17, 2017 filed as of the date of this order.

/s/     CRAIG STODDART
           JUSTICE